[No. 59566-1-I. Division One. January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY ALLEN STAPLETON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-04496-3, Richard McDermott, J., entered February 14, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 59579-2-I. Division One. January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. A.M., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-8-04779-8, Patricia H. Clark, J., entered February 20, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59605-5-I. Division One. January 22, 2008.]

HEIDI MOON, *Appellant,* v. THE CITY OF BELLEVUE ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 05-2-04856-5, Helen Halpert, J., entered January 26, 2007. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Baker, J., and Coleman, J. Pro Tem.

[No. 59621-7-I. Division One. January 22, 2008.]

SNOHOMISH COUNTY PUBLIC UTILITY DISTRICT NO. 1, *Respondent,* v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 77, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-07719-7, Thomas J. Wynne, J., entered January 31, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick, C.J., and Dwyer, J.